**No. 67040.**—Stor-All Corp. *v.* United States, protests 61/18186, 61/18189, and 61/18195 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiff was sustained.

**No. 67041.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 60/6664 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are silver plated on metals other than nickel silver or copper, the claim of the plaintiff was sustained.

**No. 67042.**—Charles Garcia & Co., Inc., et al. *v.* United States, protests 283783–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.